**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:19-CR-20027-SMITH/AUGUSTIN-BIRCH**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**BALTAZAR MESA,**

    Defendant.

_____/

**REPORT AND RECOMMENDATION ON MOTION**
**FOR CONSIDERATION OF RULE 35 REDUCTIONS**

This cause comes before the Court on Defendant Baltazar Mesa's Motion for Consideration of Rule 35 Reductions. DE 42. The Honorable Rodney Smith, United States District Court Judge, referred the Motion to the undersigned United States Magistrate Judge. DE 49.

Defendant is serving a 96-month term of imprisonment for conspiracy to import 5 kilograms or more of a detectible amount of cocaine into the United States. *See* DE 41. In his Motion, Defendant contends that he is entitled to a reduction of his sentence under Federal Rule of Criminal Procedure 35(b) because he fully cooperated with and provided valuable information to the United States Government, leading to multiple extraditions and arrests of other individuals. DE 42; DE 47. The Government opposes the Motion and contends that the Court lacks the authority to grant the Motion. DE 45.

On a motion by the Government, a court may reduce a defendant's sentence for providing substantial assistance to the Government under certain circumstances. Fed. R. Crim. P. 35(b). The Government has the power, but not the duty, to move for a sentence reduction under Rule 35(b)

when a defendant has provided substantial assistance.  *United States v. Rothstein*, 939 F.3d 1286, 1291 (11th Cir. 2019).  A court may question the Government's decision not to file a Rule 35(b) motion only if the Government's decision is based on an unconstitutional motive, such as race or religion.  *Id.* at 1291-92 & n.3 (explaining that the Eleventh Circuit Court of Appeals has "emphasized its unwillingness to intrude on the prosecutorial discretion provided to the government in making substantial-assistance motions").

Here, the Government has not moved for a sentence reduction.  The Court therefore lacks the authority to reduce Defendant's sentence under Rule 35(b).  Further, Defendant does not contend that the Government's decision not to file a motion for a sentence reduction is based on an unconstitutional motive.  The Court therefore lacks the authority to question the Government's decision not to file a motion.

**ACCORDINGLY**, this Court recommends that Defendant's Motion for Consideration of Rule 35 Reductions [DE 42] be **DENIED**.

The parties have fourteen days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Rodney Smith.  Under Federal Rule of Criminal Procedure 59(b)(2), failure to file a timely objection to this Report and Recommendation waives a party's right to review and bars the party from attacking on appeal any legal rulings or factual findings contained herein.

**DONE AND RECOMMENDED** in Chambers at Fort Lauderdale, Florida, this 8th day of December, 2023.

_____
PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE